GEORGE W. FLETCHER, *Respondent, v.* JOSEPH FOXELL and THOMAS JONES, *Appellants.* — Exceptions overruled and judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

ANN ELIZA TIMSON, *Appellant, v.* EDWARD GOODCHILD, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

IRA B. TUTHILL, *Appellant, v.* JAMES WILSON, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., not sitting.

MARY ANN DOBIECKI *v.* THOMAS SHARPE, *Receiver, etc.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

MARY TALIP, *Respondent, v.* PHILIPP HANS, *Appellant.* — Judgment affirmed, with costs. Opinion by GILBERT, J.

JOHN KARST, *Respondent, v.* CHARLES McCUTCHEN, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

THE BROOKLYN PARK COMMISSIONERS, JAMES S. T. STRANAHAN and others, *Respondents, v.* WILLIAM VANDERVEER and LUCY VANDERVEER, *Appellants.* — Judgment affirmed, with costs. Opinion by GILBERT, J.

WILLIAM LOWERRE, *Appellant, v.* MARIA BUTLER and MARY BUTLER, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., not sitting.

ROBERT HALL, *Respondent, v.* BENJAMIN F. SHERMAN, *Appellant,* impleaded with others. — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

HENRY ETHERINGTON, *as Administrator, etc., Respondent, v.* THE PROSPECT PARK AND CONEY ISLAND RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

IN THE MATTER OF THE ASSIGNMENT OF HENRY C. STONE TO HUBERT GARDINER. — Order reversed, with costs and disbursements. Opinion by DYKMAN, J.

LEATHAM E. TEAZ, *Respondent, v.* FRANCES E. PAYNE, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., dissenting.